**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 14, 2024.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-24-00045-CR

**KAYSON JOHN MCLANE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court**
**Galveston County, Texas**
**Trial Court Cause No. 24-CR-0040**

## MEMORANDUM OPINION

Appellant Kayson John McLane has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2.  Appellant's motion to dismiss complies with Family Code section 51.09. *See Matter of R. A.*, No. 08-23-00273-CV, 2024 WL 308535, at *1 (Tex. App.—El Paso Jan. 26, 2024) (Mem.

Op.) (discussing waiver of appeal by juvenile).

Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.

Do Not Publish – Tex. R. App. P. 47.2(b)